# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MICHELLE BRAUN, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | : | No. 327 EAL 2018 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WAL-MART STORES, INC., A DELAWARE CORPORATION, AND SAM'S CLUB, AN OPERATING SEGMENT OF WAL-MART STORES, INC., | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |
| | : | |
| ------------------------------------------------------ | : | |
| ------------------------------------------------------ | : | |
| DOLORES HUMMEL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | : | |
| | : | |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WAL-MART STORES, INC., A DELAWARE CORPORATION, AND SAM'S CLUB, AN OPERATING SEGMENT OF WAL-MART STORES, INC., | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |
| | : | |
| MICHELLE BRAUN, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | : | No. 328 EAL 2018 |
| | : | |

|  | | |
|---|---|---|
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC., A DELAWARE CORPORATION AND SAM'S CLUB, AN OPERATING SEGMENT OF WAL-MART STORES, INC., | : | |
| | : | |
| Respondents | : | |
| | : | |

-------------------------------------------------------- : ---------------------------- DOLORES HUMMEL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

Petitioner

v.

WAL-MART STORES, INC., A DELAWARE CORPORATION, AND SAM'S CLUB, AN OPERATING SEGMENT OF WAL-MART STORES, INC.,

Respondents

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 27th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.